THE STATE OF OHIO, APPELLANT, *v.* TEASLEY, APPELLEE.

[Cite as *State v. Teasley,* 99 Ohio St.3d 1226, 2003–Ohio–4047.]

(No. 2002–1298—Submitted June 3, 2003—Decided August 13, 2003.)

{¶ 1} The certification of conflict is dismissed, sua sponte, as having been improvidently certified;  there is a want of a conflict.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Ron O'Brien, Franklin County Prosecuting Attorney, and Susan E. Day, Assistant Prosecuting Attorney, for appellant.

Andrew P. Avellano, for appellee.